BESSIE CASSIDY, Respondent, v. GLENN L. BUCK, Appellant, et al., Defendants.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 824.]

■

CLAYTON M. JONES, Appellant-Respondent, v. NATIONAL CHAUTAUQUA COUNTY BANK OF JAMESTOWN, Respondent-Appellant.— Motion for reargument denied; motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Kimball, Piper and Wheeler, JJ. [See *ante*, p. 824.]

■

HAROLD R. DALZELL, Respondent, v. ROCHESTER TRANSIT CORPORATION, Appellant.— Motion for reargument denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See 281 App. Div. 1076.]

■

In the Matter of PAUL J. BANAS, an Infant, by ANN BANAS, His Guardian ad Litem, Appellant, against CITY OF SYRACUSE, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [See *ante*, p. 826.]

■

## (September 30, 1953.)

■

RUTH E. MALONEY, as Administratrix of the Estate of THOMAS F. MALONEY, Deceased, Respondent, v. STATE OF NEW YORK, Appellant. (Claim No. 31319.) — Order insofar as appealed from reversed on the law, without costs of this appeal to either party, and motion denied. Memorandum: We conclude that in the absence of statutory authority, the Court of Claims is without power to order a discovery and inspection under section 324 of the Civil Practice Act. All concur. (Appeal from part of an order permitting claimant's attorney or representative to inspect and photograph machinery and equipment of a boat.) Present — McCurn, P. J., Vaughan, Kimball, Piper and Wheeler, JJ. [204 Misc. 263.]